FILED
2008 May-28  PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **REBECCA SPARKS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Number |
| | ) | **4:07-cv"-01907-UWC** |
| **MICHAEL J. ASTRUE**, as | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OPINION

On May 5, 2008, Plaintiff Rebecca Sparks filed a Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA").  Doc. 17. "The Commissioner does not dispute the issues of prevailing party status, substantial justification, timeliness,  proper application for fees, or the requested hourly rate." Doc. 18.

The Court therefore finds and concludes that Plaintiff is entitled to $2,943.75 in fees under the EAJA.[1]

---

[1] There is no dispute over whether the Plaintiff, rather than her attorney,  is entitled to the fee. She filed the motion, and the fee is being warded to her. *See, Reeves v. Astrue,* ___ F.3d ___, 2008 WL 1930587 (11th Cir., May 5, 2008). Surely her counsel would not appropriate the EAJA fee to himself if he already been fully paid for his services. On the other hand, to the extent that he has not already been paid for the full amount due under his employment contract with the Plaintiff, the EAJA award may properly be applied by him towards payment of the debt..

By separate order, the requested fee shall be awarded.

_____
U.W. Clemon
United States District Judge